# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHAWNEE NEAL,

      **Plaintiff,**

v.                                          Case No: 6:17-cv-186-Orl-22GJK

COMMISSIONER OF SOCIAL
SECURITY,

      **Defendant.**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REVERSAL AND REMAND OF THE CAUSE TO DEFENDANT (Doc. No. 20)** |
| **FILED:** | **September 20, 2017** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

On September 20, 2017, the Commissioner filed an unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to Defendant (the "Motion") requesting that the final decision of the Commissioner be reversed and remanded under sentence four of 42 U.S.C. § 405(g) because "[u]pon remand, an administrative law judge will further evaluate Plaintiff's claim, including whether Plaintiff continues to be disabled according to 20 C.F.R. §§ 404.1594, 416.994." Doc. No. 20 at 1. The Motion is unopposed. *Id.*

Accordingly, it is **RECOMMENDED** that the Court:

1. **GRANT** the Motion (Doc. No. 20);

2. **Enter judgment REVERSING and REMANDING** the case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as set forth above; and

3. Direct the Clerk to close the case.

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1. **To expedite the remand of this case, if the parties have no objection to this report and recommendation they should promptly file a joint notice of no objection**.

Recommended in Orlando, Florida, on September 20, 2017.

 _____
 GREGORY J. KELLY
 UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy