# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SHAWNEE LANESE NEAL,**

      Plaintiff,

v.                                           Case No:   6:17-cv-186-Orl-22GJK

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

## ORDER

This cause is before the Court on the Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. No. 20) filed on September 20, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a notice of no objection (Doc. No. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 20, 2017 (Doc. No. 21), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant is hereby GRANTED.

3. The Clerk is directed to enter judgment REVERSING and REMANDING pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record