**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHAWNEE LANESE NEAL,

    Plaintiff,

v.  Case No: 6:17-cv-186-Orl-22GJK

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**ORDER**

This cause is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. No. 25) filed on December 6, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Statement of no objections (Doc. No. 27), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 7, 2017 (Doc. No. 26), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Unopposed Motion for Attorney's Fees is hereby GRANTED.

**DONE** and **ORDERED** in Orlando, Florida on December 12, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record